UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00300-RJC

| | |
|---|---|
| JESSE SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____ ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney's Fees (the "Motion"). (Doc. No. 22). In the Motion, Plaintiff contends that he is entitled to attorney's fees in the amount of $15,249.65, which represents less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to section 406(b) of the Social Security Act. 42 U.S.C. § 406(b). Defendant did not respond to or oppose the Motion.

The Court has reviewed the Motion and supporting exhibits and finds that Plaintiff has established that he is entitled to attorney's fees pursuant to 42 U.S.C. § 406(b). For the reasons outlined in Plaintiff's Motion, the Court **GRANTS** Plaintiff's Motion for Attorney's Fees. (Doc. No. 22).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Attorney's Fees, (Doc. No. 22), is **GRANTED.**

The Commissioner of Social Security is hereby **ORDERED** to pay to Plaintiff's counsel the sum of $15,249.65 from Plaintiff's back benefits and Plaintiff's counsel shall refund the $4,750.00 EAJA fee to Plaintiff.

Signed: November 16, 2021

Robert J. Conrad, Jr.
United States District Judge